### 18136.   CARSON v. THE STATE.

Uncorroborated testimony of an accomplice may be sufficient to convict of a misdemeanor.

> DECIDED JULY 14, 1927.

Possessing intoxicating liquor; from Cobb superior court—Judge John S. Wood. April 11, 1927.

Criminal Law, 16 C. J. p. 700, n. 11.

*H. B. Moss, L. M. Blair,* for plaintiff in error.

*George D. Anderson, solicitor-general,* contra.

BROYLES, C. J.   The defendant was convicted of a misdemeanor. The only ground of the amendment to the motion for a new trial which was approved by the court set up that the only evidence connecting the accused with the offense charged was the testimony of two confessed accomplices and that their testimony was not corroborated.   The rule that the testimony of an accomplice must be corroborated applies to felonies only.   Penal Code (1910), § 1017.

The verdict was amply authorized by the evidence.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*